Elmer Burroughs, Appellant, v. Chicago Transit Authority, a Municipal Corporation, Appellee.

Gen. No. 46,757. (Abstract of Decision.)

First District, Third Division.

May 23, 1956.

Rehearing denied June 13, 1956.

Released for publication June 13, 1956.

Prescott,
Burroughs, Taylor & Carey, for appellant; A. M. Burroughs, and
Edmond W. Ragan, of counsel; Thomas C. Strachan, Jr., Francis
J. Mullen, and James E. Hastings, for appellee; James E. Hastings,
of counsel. Opinion by JUDGE FEINBERG. Not to be published
in full.